# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Robert Varner and Janice Varner, | C.A. No. 2:04-164-18 |
| Plaintiffs, | |
| vs. | ORDER OF DISMISSAL WITH PREJUDICE |
| South Carolina Federal Credit Union, | |
| Defendant. | |

IT APPEARING TO THE COURT that the certain parties have settled the above-captioned action;

NOW, THEREFORE, by and with the consent of the parties, by counsel,

IT IS HEREBY ORDERED that the above-captioned action be, and the same hereby is, dismissed with prejudice and the case forever ended.

AND IT IS SO ORDERED.

_____
The Honorable David C. Norton

Charleston, South Carolina

April 7, 2005

NPCHAR1:271936.1-OD-(HMB) 010599-00140

WE SO MOVE:

NEXSEN PRUET, LLC

By _____
H. Michael Bowers, Esquire
P.O. Box 486
Charleston, SC 29402
(843) 579-7809
Attorneys for the Defendant
South Carolina Federal Credit Union

WE CONSENT:

CARMEN T. MULLEN, LLC

By: _____
Carmen T. Mullen, Esquire
171 Church Street, Suite 160
Charleston, SC 29401
(843) 720-3742
Attorneys for the Plaintiffs
Robert Varner and Janice Varner